THE OSCAR BARNETT FOUNDRY COMPANY, respondent,

*v.*

THE IRONWORKS COMPANY and PAUL C. CROWE, appellants.

[Argued March 11th, 1913.   Decided May 9th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p. 412.*

*Messrs. Lum, Tamblyn & Colyer,* for the respondent.

*Mr. Charles Young,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER, TERHUNE —14.

*For reversal*—None.